# United States District Court
# Western District of North Carolina
# Statesville Division

| | | | |
|---|---|---|---|
| Roy E. Billings, | ) | JUDGMENT IN CASE | |
| | ) | | |
| Plaintiff(s), | ) | 5:13-cv-00057-RLV-DCK | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| Carolyn W. Colvin, Acting | ) | | |
| Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant(s). | ) | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2013 Order.

December 19, 2013

Frank G. Johns, Clerk
United States District Court