# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-057-RLV-DCK

| | |
|---|---|
| **ROY E. BILLINGS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CAROLYN W. COLVIN,**<br>Acting Commissioner,<br>Social Security Administration, | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney's Fees And Costs" (Document No. 17) filed December 30, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice. Plaintiff has failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Attorney's Fees And Costs" (Document No. 17) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: January 6, 2014

David C. Keesler
United States Magistrate Judge